No. 00–9131.  JACKSON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–9134.  LOFTEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9135.  JETER v. WARDEN, WINN CORRECTIONAL CENTER.  C. A. 5th Cir.  Certiorari denied.

No. 00–9142.  YOUNG v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 00–9143.  PRICE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–9145.  TAYLOR v. SUTTON.  C. A. 5th Cir.  Certiorari denied.

No. 00–9146.  WOJNICZ v. KAPTURE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–9148.  ELHAJ-CHEHADE v. OFFICE OF THE CHIEF ADMINISTRATIVE HEARING OFFICER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9154.  REESE v. DISTRICT OF COLUMBIA METROPOLITAN POLICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–9157.  BARKSDALE v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 00–9170.  WEST v. MICHIGAN DEPARTMENT OF CORRECTIONS.  Ct. App. Mich.  Certiorari denied.

No. 00–9171.  ZOGLAUER v. CITY OF WHEATON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–9172.  WALLACE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–9208.  UNDERKOFLER v. COMMUNITY HEALTH CARE PLAN, INC.  C. A. 2d Cir.  Certiorari denied.

No. 00–9278.  THOMPSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.